UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| G. BROOKS BATCHELOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Action No. 5:13-cv-00078D |
| v. | ) |
| | ) |
| CORNERSTONE BANK AND | ) |
| FEDERAL DEPOSIT INSURANCE | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**ORDER TO FILE UNDER SEAL**

This matter coming on for consideration, it is hereby ORDERED that the Defendants' Motion to file Defendants' Memorandum in Support of (DE # ), and the Declaration of Thomas J. Dujenski, including attached Exhibits A and B, filed under seal be allowed.

This **24** day of **June**, 2013.

_[signature]_
JAMES C. DEVER III
United States District Judge