AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| G. BROOKS BATCHELOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORNERSTONE BANK AND )<br>FEDERAL DEPOSIT INSURANCE )<br>CORPORATION (FDIC), )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:13-CV-78-D** |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court GRANTS Plaintiff's Motion to Amend the Complaint [D.E. 21] and GRANTS Defendant Federal Deposit Insurance Corporation's (FDIC) Motion to Dismiss [D.E. 28]. The Court DENIES Defendant Cornerstone Bank's Motion to Strike [D.E. 26], DECLINES to exercise supplemental jurisdiction over Plaintiff's state-law claim against Defendant Cornerstone Bank, DISMISSES the state-law claim against Defendant Cornerstone Bank without prejudice, and DISMISSES as moot Defendant Cornerstone Bank's Motions to Dismiss [D.E. 10, 26]. The Clerk shall close the case.


    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**SEPTEMBER 19, 2013**</u> **WITH A COPY TO:**

G. Brooks Batchelor, Pro se (via USPS to 6313 Moneta Lane, Apex, NC 27539)
Charles E. Coble (via CM/ECF Notice of Electronic Filing)
Jennifer M. Barozie (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| <u>September 19, 2013</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/ Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina